```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

Sebastian Ortiz,

                    Plaintiff,          CV-05-2878 (CPS)

          - against -                   ORDER OF
                                        DISCONTINUANCE
Kohl's Department Stores, Inc. & Ano.,

                    Defendant.

-----------------------------------------X
```

It having been reported to the Court that the above action has been settled, it is hereby

ORDERED that the action is discontinued without costs and without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

The Clerk is directed to transmit a copy of the within to all parties and to the assigned magistrate judge.

SO ORDERED.

Dated :   Brooklyn, New York
          November 12, 2007

                                        s/Hon. Charles P. Sifton
                                        _____
                                        United States District Judge